Rec. # 7030-AA

ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

MICHAEL N. KAYE
2201 S. Huron Pkwy. #3
Ann Arbor, MI 48104
Plaintiff,

vs.

ACME INVESTMENTS, INC.
2701 Troy Center Drive, Suite 450
Troy, MI 48084,

MICHAEL & LAURIE COURTNEY
1533 Pine Valley Blvd. Apt 215
Ann Arbor, MI 48104,
Defendants.

Case: 2:08-cv-12570
Judge: Edmunds, Nancy G
MJ: Whalen, R. Steven
Filed: 06-17-2008 At 12:49 PM
CMP MICHAEL N KAYE V. AMCME INVESTMENTS, INCORPORATED,ET AL (DSE)

Jury demand requested

1. The defendants rented an apartment at address 1533 Pine Valley Blvd, Apt 213, Ann Arbor, MI, to plaintiff, Michael N. Kaye and his wife, Irit Kaye without ever disclosing any information that the rental property may contain lead as required by the Residential Lead-Based Paint Hazard Reduction Act of 1992:42.

2. Three months into the tenancy, plaintiff's wife became pregnant and later gave birth to our son, Eliyahu Mordechai Kaye.

3. One month before the tenancy ended on August 5, 2007, plaintiff's wife again became pregnant. This baby, Yonaton Chananel Kaye, was born March 15, 2008.

4. The tenancy lasted nearly two years with one child having been conceived, brought to full term, and lived in the residence for one full year, while a second child was conceived. All the while, the children could have been exposed to lead.

5. Upon speaking with several long-time residents of the apartment building, the plaintiff was informed that they remember that the Environmental Protection Agency had come into their apartments and performed testing. One resident claimed that she still had a hole in the wall where the EPA had drilled to test.

6. In the last month of tenancy, the plaintiff asked resident manager Laurie Courtney for a copy of any lead disclosure information he may have signed and/or a copy of any reports from the EPA. Ms. Courtney informed the plaintiff that the EPA had been to the apartment years before but said everything was fine.

7. The plaintiff contacted Mr. David Lebenbom, partner in ACME INVESTMENTS, INC, by phone several times to obtain information about any lead-based testing. Mr. Lebenbom only kept repeating to the plaintiff that there is no lead in the building. He never confirmed nor denied any past testing of lead. Mr. Lebenbom also stated that he is not required to disclose any information about lead-based paint because that only applies to properties with a federal mortgage. This is patently false.

8. The plaintiff subsequently moved from the residence and filed a complaint with the Environmental Protection Agency against both the land lord and resident property managers for their non-compliance of Section 1018 of the Residential Lead-Based Paint Hazard Reduction Act of 1992:42.

9. The rental lease not only omits any reference to Section 1018 of this Federal law, but also omits language required by both the State of Michigan and the City of Ann Arbor.

10. It should be noted that ACME INVESTMENTS, INC is owned by partners of the law firm Lebenbom & Rothman, P.C. who are Administrative attorneys.

11. Attached is a copy of a letter I sent to Mr. Lebenbom stating my complaints with him.

12. As a result of the non-compliance of the defendants, the plaintiff incurred a very large moving expense as well as time lost from work, stress on his pregnant wife, possible exposure to lead by both a child and an unborn baby, and a violation of the plaintiff's right to know about such risks posed by their building while they themselves knew it.

*Michael Kye* (pro se)
2201 S. Huron Pkwy. #3
Ann Arbor, MI 48104
734-837-5408

1533 Pine Valley Blvd. Apt 213
Ann Arbor, MI 48104

July 30, 2007

David Lebenbom
801 West Big Beaver Road
Suite 650
Troy, MI 48084-4725

Dear David Lebenbom,

On Monday, July 2, 2007, an eviction notice was placed on the door of my residence. I immediately called you in your home to ask why I was being evicted, you told me that it is because I am a "trouble maker" and that I "want a new refrigerator". This apparently is stemming from an argument I had with your resident property managers the Friday before about replacing my defective refrigerator (which was promptly replaced). This is obviously a case of **retaliatory eviction**, for which you have the burden of proof that it is not. In our conversation, you also mentioned that I am running a business out of our residence. You did not elaborate on this when asked. I am not running a business nor have I ever run a business from my residence. Therefore, you obviously cannot produce any evidence to support your assertion.

That evening, I researched my rights as a tenant and came to discover that not only is the eviction illegal, but that your lease in is violation of city, state, and federal laws. Nowhere on the lease is the **Michigan Truth in Renting Act**. Or Ann Arbor city code requiring several notices to be printed on the lease such as, "*Upon the execution of this lease, a tenant is entitled to receive a copy of the booklet provided by the city clerk concerning the legal rights of tenants. By executing this lease, the tenant acknowledges receipt of such a booklet prior to execution of the lease.*" Or, "NOTICE: YOU HAVE THE RIGHT TO PRIVACY IN YOUR RENTAL HOME. CITY LAW ESTABLISHES GUIDELINES THAT THE OWNER AND HER/HIS AGENTS MUST FOLLOW BEFORE ENTERING YOUR HOME. YOU MAY INITIATE ADDITIONAL ENTRY RESTRICTIONS BY GIVING WRITTEN NOTICE TO YOUR LANDLORD. COPIES OF THESE GUIDELINES (HOUSING CODE 8:529) ARE AVAILABLE AT THE BUILDING DEPARTMENT, CITY HALL, 100 N. FIFTH AVE." Or other notices regarding my rights not annotated in the lease.

However, the biggest violation I discovered that evening was about your non-compliance of a federal law Section 1018 of the Residential Lead-Based Paint Hazard Reduction Act of 1992: 42 U.S.C 4852d. You were to disclose to me the possible presence of lead-based paint used in the building and give me an informational pamphlet regarding the risks of lead-based paint. This law was made to protect the health of pregnant women and children under the age of six. Three months after our tenancy began in Ivanhoe Apartments my wife, Irit, became pregnant and later gave birth to our son, Eliyahu Mordechai, who is now celebrating his first birthday, all of which happened during our tenancy.

When I called you two other times asking you about the presence of lead-based paint and demanding copies of any tests you may have performed on the building, you accused me of trying to get out of the eviction. You never answered my questions regarding any tests but told me that you are not required to comply with the federal law because it only applies to properties with a federal mortgage. Your statement is completely false regarding the law.

**I have been informed by several long-time residents here that about 10 years ago lead testing was done on the building.**

Mr. Lebenbom, I will obtain the results of those tests from the laboratory, inspector, or your office by subpoena, if necessary. You denied my wife and I informed consent about the risks your building posed to our child. We would **NEVER** have assumed occupancy in your building had we known.

As a result of this, I have contacted the Environmental Protection Agency and filed a formal complaint. I also plan on filing a federal lawsuit against ACME Investments, Inc. and your Agents, Michael and Laurie Courtney for non-compliance.

*July 30, 2007*
*Page 2*

      You need not take me to court for your illegal eviction as I am vacating the premises on July 31, 2007 an relocating to lead-free housing.

Sincerely,


Michael N. Kaye

(Rev. 12/07) **CIVIL COVER SHEET** County in which action arose WASHTENAW

JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
MICHAEL N. KAYE
2201 S. Huron Pkwy. #3
Ann Arbor, MI 48104

**(b)** County of Residence of First Listed Plaintiff   WASHTENAW
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
MICHAEL N. KAYE
2201 S. Huron Pkwy. #3
Ann Arbor, MI 48104   734-837-5408

## DEFENDANTS
ACME INVESTMENTS, INC.
2701 Troy Center Drive, Suite 450
Troy, MI 48084

MICHAEL & LAURIE COURTNEY
1533 Pine Valley Blvd. Apt 215
Ann Arbor, MI 48104

County of Residence of First Listed Defendant   OAKLAND
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
DAVID LEBENBOM
801 W. BIG BEAVER ROAD, STE 650
TROY, MI 48084-4725

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff)

Case: 2:08-cv-12570
Judge: Edmunds, Nancy G
MJ: Whalen, R. Steven
Filed: 06-17-2008 At 12:49 PM
CMP MICHAEL N KAYE V. AMCME INVESTMENTS, INCORPORATED, ET AL (DSE)

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☒ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Residential Lead-Based Paint Hazard Reduction Act of 1992: 42 U.S.C 4852d
Brief description of cause:
I am suing the landlord and resident property managers for not informing me of the risks their apartment posed to my family.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 100,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: June 17, 2008
SIGNATURE OF ATTORNEY OF RECORD: Michael Kaye (Pro Se)

**FOR OFFICE USE ONLY**
RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

URSUANT TO LOCAL RULE 83.11

1.     Is this a case that has been previously dismissed?  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2.     Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.)  ☐ Yes  ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes :