# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**Michael N. Kaye**
5230 S. State Road, Suite 100
Ann Arbor, MI 48108-9754
Plaintiff,

vs.

**ACME INVESTMENTS, INC.**
2701 Troy Center Drive, Suite 450
Troy, MI 48084,

**MICHAEL & LAURIE COURTNEY**
1533 Pine Valley Blvd. Apt 214
Ann Arbor, MI 48104,
Defendants.

Case No. 2:08-cv-12570
Judge: Edmunds, Nancy G
MJ: Whalen, R. Steven

FILED
AUG 25 2008
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

| Michael Kaye, et al. | Stuart A. Lebenbom, P42879 |
|---|---|
| Plaintiff, *Pro Se* | Attorney for Defendant Acme Investments |
| 5230 S. State Road, Suite 100 | and Michael and Laurie Courtney |
| Ann Arbor, MI 48108-9754 | 2701 Troy Center Drive, Suite 450 |
| (734) 837-5408 | Troy, MI 48084 |
|  | (248) 519-1000 |

## PLAINTIFF'S MOTION TO AMEND COMPLAINT

1. Please add as a Plaintiff the name, Irit Kaye, *Pro Se*, wife of Plaintiff, at same address as Plaintiff.

2. Please add as Plaintiffs the names, Eliyahu Mordechai Kaye, *Pro Se*, minor (DOB 08/03/2006), Yonatan Chananel Kaye, *Pro Se*, minor (DOB 03/15/2008), both are sons and legal wards of Plaintiff and his wife, at same address.

_____
Irit Kaye, *Pro Se*
5230 S. State Road, Suite 100
Ann Arbor, MI 48108-9754
(734) 837-5408

_____
Michael N. Kaye, *Pro Se*
5230 S. State Road, Suite 100
Ann Arbor, MI 48108-9754
(734) 837-5408